Joseph M. Hepworth (4337)
Scott P. Card (6847)
Matthew R. Howell (6571)
FILLMORE SPENCER, LLC
3301 N. University Avenue
Provo, Utah 84604
Tel: (801) 426-8200
E-mail: jhepworth@fslaw.com
     scard@fslaw.com
     mhowell@fslaw.com

Blake S. Atkin   (4466)
Atkin Law Offices, P.C.
837 South 500 West
Bountiful, Utah   84010

7579 North West Side Highway
Clifton, Idaho   83228
Tel.   (801) 533-0300
E-mail: blake@atkinlawoffices.net

Attorneys for Plaintiff

FILED -
U.S. DISTRICT COURT

2012 OCT 30  A II: 17

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Jesse Baker, | *STIPULATED ORDER OF* |
|        Plaintiff, | *DISMISSAL WITH PREJUDICE* |
|     v. | |
| L. Boyd Cook, et al., | Civil No. 2:10-CV-00290 TC |
|        Defendants. | Judge Tena Campbell |

WHEREAS, The parties to this action have reached agreement to settle the matter, including an agreement to dismiss the matter with prejudice;

THEREFORE, the Court orders as follows:

1. This matter is dismissed with prejudice.

2.  Each Party will bear its own costs, including attorney's fees.


DATED:    October 29 , 2012

BY THE COURT


*Tena Campbell*

TENA CAMPBELL
UNITED STATES DISTRICT JUDGE


Approved:


Joseph M. Hepworth


Attorneys for the Plaintiffs


L. Boyd Cook


Individually and on behalf of Defendants


2